# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-cr-03101-AJB-2 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| JULIO ALDUENDA-MEDINA, | |
| Defendant. | |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, JULIO ALDUENDA-MEDINA, be granted.  The dismissal shall be without prejudice.

**IT IS SO ORDERED.**

Dated:  March 15, 2021

Hon. Anthony J. Battaglia
United States District Judge